UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KATHLEEN KNEPPER,<br><br>    Plaintiff,<br><br>v.<br><br>NANCY A. BERRYHILL,<br><br>    Defendant. | Case No.17-cv-04838-VKD<br><br>**JUDGMENT** |

This action having come before the Court on the parties' cross-motions for summary judgment and the Court having granted plaintiff's motion in part, IT IS ORDERED AND ADJUDGED THAT the Commissioner's final decision is remanded pursuant to sentence four of 42 U.S.C. § 405(g). This constitutes a final judgment under Federal Rule of Civil Procedure 58, and closes the case and terminates all pending motions.

**IT IS SO ORDERED.**

Dated: March 31, 2019

VIRGINIA K. DEMARCHI
United States Magistrate Judge